IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| BRENDA KAY DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:12-CV-00488 |
| ) | |
| PRESTIGE HEALTH CARE, d/b/a ) | |
| JEFFERSON OPERATOR, LLC, d/b/a ) | |
| JEFFERSON CITY HEALTH AND ) | |
| REHABILITATION FACILITY, ) | |
| ) | |
| And ) | |
| ) | |
| Karen Hamrick ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Jefferson Operator LLC, d/b/a Jefferson City Health and Rehabilitation Facility, improperly named in the caption, states that it is a privately held corporation and is not a publicly traded company.

Respectfully submitted,

s/ Gregory Grisham
J. Gregory Grisham (TN Bar No. 013810)
JACKSON LEWIS LLP
999 Shady Grove Road, Suite 110
Memphis, TN 38120
Telephone: (901) 462-2600
Facsimile: (901) 462-2626
Email: gregory.grisham@jacksonlewis.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that I have this 18th day of September, 2012, filed the foregoing document using the Court's CM/EMF filing system, and mailed a copy of the such filing to the following:

>C.E. Bud Cunningham (TN BPR No. 000015)
>837 West First North Street
>Morristown, TN 37814
>Phone: (423) 581-2008
>
>*Attorney for Plaintiff*

>s/ Gregory Grisham
>Counsel for Defendant

4814-1330-7409, v. 1