UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| BRENDA KAY DAVIS, | ) | |
| | ) | |
| V. | ) | 3:12-CV-488 |
| | ) | |
| | ) | |
| PRESTIGE HEALTH CARE, d/b/a, | ) | |
| JEFFERSON OPERATOR, LLC, d/b/a | ) | |
| JEFFERSON CITY HEALTH AND | ) | |
| REHABILITATION FACITLY, | ) | |
| | ) | |
| | ) | |

## NOTICE OF DEFICIENCY - *PRO HAC VICE* MOTION

The motion for admission *pro hac vice* (Doc. 4) filed in this case does not comply with E.D.TN.LR 83.5(b)(1) for the following reason(s):

[ ] A certificate of good standing from the highest court of a state, territory or the District of Columbia has not been filed.

[ X ] A certificate of good standing from another district court has not been filed.

[ ] The $60.00 filing fee has not been paid.

The motion may be summarily denied if the deficiency(ies) are not corrected within 15 days of this Notice.

Debra C. Poplin, Clerk of Court